# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Colleen S. Francis                          Docket No. 5:10-MJ-1385-1

**Petition for Action on Probation**

COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Colleen S. Francis, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired Level 5, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on January 11, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

4. The defendant shall surrender her North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

On January 25, 2012, in response to the defendant's use of cocaine and marijuana, the court added the following condition to her supervision:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

On February 8, 2012, the court also continued the defendant's supervision after she was charged with Simple Assault and Damage to Government Property. Supervision was continued because her ex-boyfriend was also charged with Simple Assault during the altercation, the defendant claimed self-defense, and to await the adjudication of the charges.

Colleen S. Francis
Docket No. 5:10-MJ-1385-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 4, 2012, the defendant tested positive for the use of cocaine. She admitted to the use. She cited several personal problems leading up to the drug use. We recommend that we add a two day jail term as a sanction for the drug use. We also recommend that we add mental health counseling to her terms of supervision to address the issues that may be leading to her continued substance abuse. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of two days as directed by the U.S. Probation Office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Van R. Freeman, Jr. |
| Robert L. Thornton | Van R. Freeman, Jr. |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 4, 2012 |

**ORDER OF COURT**

Considered and ordered this 5 day of April, 2012, and ordered filed and made a part of the records in the above case.

James E. Gates
U.S. Magistrate Judge

Colleen S. Francis
Docket No. 5:10-MJ-1385-1
Petition For Action
Page 3

## FOR JUDGE'S REVIEW ONLY

## DO NOT FILE



Colleen S. Francis
Docket No. 5:10-MJ-1385-1