# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
## Western Division
### Docket No. 5:10-MJ-1385-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Colleen S. Francis** | ) | |

On January 11, 2012, Colleen S. Francis appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired Level 5, was sentenced to a 12-month term of probation. On January 3, 2013, the probation was extended for six months from the expiration date of January 10, 2013, until July 10, 2013.

From evidence presented at the revocation hearing on February 13, 2013, the court finds as a fact that Colleen S. Francis, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
2. Failure to participate as directed in a urinalysis program.
3. Leaving the judicial district without the permission of the court or probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

2.  The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days commencing in the next 30 days as directed by the U.S. Probation Officer and shall abide by all rules and regulations of the designated facility.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 13th day of February, 2013.

_____
James E. Gates
United States Magistrate Judge