UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-MJ-1385

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COLLEEN S. FRANCIS | ORDER TO MODIFY JUDGMENT |

This matter having come before the Court by the unopposed motion of the Office of the Federal Public Defender to modify the Order Modifying and Continuing Supervision, and for good cause shown, it is hereby ORDERED that the motion to modify the order is GRANTED.

IT IS HEREBY ORDERED that the three days term of imprisonment imposed on February 14, 2013, is hereby STRICKEN. The remainder of the Court's Order imposed on that day remains in full force and effect.

This __22nd__ day of May, 2013.

_____
James E. Gates
United States Magistrate Judge